PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 510-970-4810
Facsimile: 415-744-0134
Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

KIMBERLY DAVIS,

Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

Civil No. 2:22-cv-00872-KJN

**STIPULATION AND ORDER FOR VOLUNTARY REMAND**

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the above entitled action be remanded to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision.

Date: *September 22, 2022*

WEEMS LAW OFFICES

By: */s/ Caspar Chan for Robert Weems**
ROBERT WEEMS
**Authorized by email on September 22, 2022*
Attorneys for Plaintiff

Date: *September 22, 2022*

PHILIP A. TALBERT
United States Attorney
Eastern District of California

By: */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

The Clerk of the Court shall enter judgment for Plaintiff and close this case.

Dated: September 22, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE